IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR328 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| LARRY JOE FRAMPTON, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Motion of the United States (Filing No. 36), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Indictment against Larry Joe Frampton.

IT IS ORDERED that the Motion to Dismiss the Indictment (Filing No. 36) is granted.

Dated this 4th day of June, 2015.

BY THE COURT:

　s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Senior United States District Judge